# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 24-MJ-6386-PAB

**UNITED STATES OF AMERICA**

**v.**

**JOEY PIERRE-TOUSSAINT,**

     **Defendant.**

_____/

FILED BY ___ *R.P.B.* ___ D.C.

*Aug 13, 2024*

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COVER SHEET

1.  Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)? <u>No</u>

2.  Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   <u>No</u>

3.  Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?  <u>No</u>

4.  Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?  <u>No</u>

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:    */s/ Felipe Plechac-Diaz*_____
FELIPE PLECHAC-DIAZ
Assistant United States Attorney
FL Bar No. 0105483
500 East Broward Blvd. Suite 700
Fort Lauderdale, FL 33394
Tel. No. (954) 660-5779
E-mail: felipe.plechac-diaz@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JOEY PIERRE-TOUSSAINT | ) | Case No. 24- MJ-6386-PAB |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

FILED BY___R.P.B.___D.C.

**Aug 13, 2024**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL.

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____August 12, 2024,_____ in the county of _____Broward_____ in the _____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1709 | Theft of Mail Matter by Officer or Employee |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

SPECIAL AGENT KEVIN ADAMS, USPS-OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____08/13/2024_____

_____
*Judge's signature*

City and state: _____Fort Lauderdale, Florida_____

Panayotta Augustin-Birch, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kevin Adams, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      This affidavit is being submitted in support of a criminal complaint which charges Joey Pierre-Toussaint ("PIERRE-TOUSSIANT") with a violation of Title 18, United States Code, Section 1709 (theft of mail matter by officer or employee).

2.      I am employed as a Special Agent with the United States Postal Service, Office of Inspector General ("USPS OIG") and have been so employed in Federal Law Enforcement since 2010. I have received training to conduct criminal investigations involving or relating to the financial infrastructure of the United States, including identity theft, wire fraud, and access device fraud. I have completed the Criminal Investigator Training Program at the Postal Inspection Service, Training Center in Potomac, Maryland. I am currently assigned to the Mail Theft Team at the Miami Field Office in Miami, Florida.

3.      I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18 of the United States Code; that is, I am an officer of the United States who is empowered by law to conduct investigations and make arrests for offenses enumerated in Titles 18, 19, 21, 31, 46 of the United States Code. As a USPS OIG Special Agent, I have received extensive training in—and am assigned investigations dealing with—counterfeit currency, check fraud, bank fraud, access device fraud, wire fraud, and cybercrime, among other offenses. During these investigations and others, I have become familiar with the methods, techniques, and tools used by individuals involved in those operations to communicate with each other to facilitate fraud activities and avoid detection by law enforcement officers.

4.      I submit this Affidavit based on information known to me personally from the investigation, as well as information obtained from others who have investigated the matter or have personal knowledge of the facts herein. Because this Affidavit is being submitted solely to establish probable cause for the requested Complaint, it does not include every fact known to me about this matter.

**<u>PROBABLE CAUSE</u>**

5.      This postal theft investigation began in June of 2024, when a bank investigator with Tropical Financial Credit Union ("TFCU") contacted USPS OIG and reported debit cards mailed via the United States Postal Service ("USPS") were stolen and fraudulently used. TFCU reported they were mailed to customers in the 33063 zip code. USPS OIG began to investigate and determined the probable delivery dates of the stolen debit cards. Thereafter USPS OIG paired those dates with the assigned letter carrier who was PIERRE-TOUSSIANT.

6.      On July 29, 2024, USPS OIG set up surveillance cameras in the postal truck that PIERRE-TOUSSAINT was assigned.

7.      The surveillance video captured PIERRE-TOUSSAINT stealing mail from his mail trays. Though the video, USPS OIG confirmed PIERRE-TOUSSAINT stole mail every day between July 29th and August 2nd.

8.      USPS OIG continued to investigate and monitored the surveillance videos and global position system ("GPS") from PIERRE-TOUSSAINT's postal truck and confirmed he was placing the stolen mail in bags. PIERRE-TOUSSAINT would then throw the bag of stolen mail under bushes at a specific location a few miles from the post office.

9.      On August 12, 2024, USPS OIG observed a live video feed from the postal truck that PIERRE-TOUSSAINT was driving, wherein he isolated specific pieces of mail and placed

those items into a bag. USPS OIG observed PIERRE-TOUSSAINT throw the stolen mail into bushes at the corner of 2501 NW 34th Place, Pompano Beach, FL 33069.

10. USPS OIG continued to surveil the corner of 2501 NW 34th Place, Pompano Beach, FL 33069, with the expectation that either PIERRE-TOUSSAINT or another individual would return to recover the bag of stolen mail.

11. During this time another set of law enforcement officers continued to observe PIERRE-TOUSSAINT from the moment he threw the mail into the bushes at 2501 NW 34th Place, Pompano Beach, FL 33069 until he returned to the USPS facility at the end of his shift. Law enforcement continued to observe PIERRE-TOUSSAINT as he left the USPS facility in his personal vehicle. USPS OIG continued to monitor PIERRE-TOUSSAINT for approximately an hour until he returned to the corner of 2501 NW 34th Place, Pompano Beach, FL 33069.

12. USPS OIG observed PIERRE-TOUSSAINT recover the stolen mail from the bushes at 2501 NW 34th Place, Pompano Beach, FL 33069.

13. USPS OIG attempted to stop PIERRE-TOUSSAINT's vehicle at which time PIERRE-TOUSSAINT attempted to flee from law enforcement. PIERRE-TOUSSAINT crashed his vehicle into a tree in the parking of 2501 NW 34th Place, Pompano Beach, FL 33069.

14. The stolen mail was recovered from PIERRE-TOUSSAINT's vehicle. In addition, other pieces of previously stolen mail were also recovered. Approximately 50 pieces of stolen mail was recovered from PIERRE-TOUSSAINT's vehicle.

15. Your affiant and other law enforcement officers interviewed PIERRE-TOUSSAINT. Law enforcement advised PIERRE-TOUSSAINT of his Miranda rights, both orally and in writing. PIERRE-TOUSSAINT read his rights, stated that he understood his rights, waived his rights, and agreed to speak to law enforcement. PIERRE-TOUSSAINT admitted to stealing

mail from USPS for the last two years and that he would sell the mail to other individuals on the street.

## CONCLUSION

Based on the aforementioned facts, I respectfully submit that there is probable cause to support the arrest of Joey Pierre-Toussaint for committing a violation of Title 18, United States Code, Section 1709 (theft of mail matter by officer or employee).

**FURTHER YOUR AFFIANT SAYETH NAUGHT.**

_____
SPECIAL AGENT KEVIN ADAMS
United States Postal Service, Office of Inspector General

Attested to by the applicant in my
presence, in accordance with the
requirements of Fed. R. Crim. P. 4.1,
on this 13th day August 2024.

*Sworn to before me
and in my presence.*

_____
PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE